IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MACKENZIE STUCKEY                                                                          PLAINTIFF

v.                                                                    CIVIL ACTION NO. 3:25-cv-16-HTW-LGI

HINDS COUNTY BOARD
OF SUPERVISORS, ET AL.                                                                 DEFENDANTS

FINAL JUDGMENT

In accordance with the Court's Order of Dismissal entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is

**DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 10th, day of April, 2025.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE